AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: MISC 04-00096 SOM-KSC |

EUGENE CALVERT
77-122 Queen-Kalama Avenue
Kailua-Kona, Hawaii 96740

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 02 2008

at 9 o'clock and 15 min A M.
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST EUGENE CALVERT and bring him forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him with Contempt of Court.

in violation of Title 18 United States Code, Section(s) 401.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | July 9, 2004 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at $,1000        By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu Intl Airport Honolulu HI | | |
| Date Received 7/9/04 Date of Arrest 2/4/05 | NAME AND TITLE OF ARRESTING OFFICER Jay Bieser DUSM | SIGNATURE OF ARRESTING OFFICER |